UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                    **Plaintiff,**<br><br>        v.<br><br>**APPROXIMATELY 2210.8222 OF SOL CRYPTOCURRENCY**<br>                    **Defendant.** | Civ. No. 1:24-CV-3375 |

### ENTRY OF DEFAULT

Based upon the Plaintiff's request to enter default, the Clerk of the Court, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, does hereby enter default against all persons or entities claiming an interest in the property for failure to timely claim, answer, or otherwise defend this action after notice was provided pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and the Federal Rules of Civil Procedure.

This the ____ day of _____, 2025.

ANGELA D. CAESAR
U.S. District Court Clerk

By: _____

DEPUTY CLERK