Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Plaintiff(s)

v.

Civil Action: 1:24-cv-03375

APPROXIMATELY 2210.8222 OF SOL CRYPTOCURRENCY

Defendant(s)

**RE:** APPROXIMATELY 2210.8222 OF SOL CRYPTOCURRENCY

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served by publication on 1/20/2025, and an affidavit on behalf of the plaintiff having been filed, it is this 18 day of April, 2025 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ Dwight Patterson
Deputy Clerk