**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Criminal No.  1:24-cv-03375-JMC** |
| **APPROXIMATELY 2210.8222 OF SOL CRYPTOCURRENCY,** | |
| **Defendant.** | |

**<u>PROPOSED ORDER</u>**

UPON CONSIDERATION of the United States' motion for default judgment, and the entire record herein, it is hereby

ORDERED that the United States' motion is GRANTED; and it is further

ORDERED, ADJUDGED AND DECREED that

1.      Default judgment is hereby entered against all persons or entities claiming an interest in the Defendant Property.

2.      The Defendant property is hereby forfeited to the government.

3.       This is a final order.

SO ORDERED:

_____        _____
Dated                                                                  THE HONORABLE JIA M. COBB
                                                                            UNITED STATES DISTRICT JUDGE